IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07 C 4903 |
| ) | |
| AMERICAN HONDA MOTOR COMPANY, ) | Honorable Charles R. Norgle |
| INC., LG ELECTRONICS, U.S.A., INC., ) | Magistrate-Judge Martin C. |
| MOTOROLA, INC., OAKLEY, INC., and ) | Ashman |
| UNITED STATES CELLULAR ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENTRY OF AGREED ORDER
OF PARTIAL DISMISSAL WITH PREJUDICE**

The plaintiff, Memory Control Enterprise, and defendant, LG Electronics, U.S.A. ("LG"), have reached an agreement in settlement of all claims and counterclaims asserted between them.  Accordingly, these parties respectfully request that each claim of plaintiff against LG, and each claim and defense of LG against plaintiff, in this action shall be, and hereby are, dismissed with prejudice, plaintiff and LG to bear their own costs and attorneys' fees.  Attached for the convenience of the Court is a proposed Order of Partial Dismissal With Prejudice.

This Agreed Order of Partial Dismissal With Prejudice is not intended as a waiver or release of any claims that plaintiff or LG has against any other party or non-party.

AGREED:

Dated: December 7, 2007  Dated: December 7, 2007


 /s/ Steven P. Mandell   /s/ Richard B. Megley, Jr.
Steven P. Mandell  Raymond P. Niro
Stephen J. Rosenfeld  Richard B. Megley, Jr.
Kristin L. Lingren  Paul C. Gibbons
Mandell Menkes LLC  Niro, Scavone, Haller & Niro
333 West Wacker Drive, Suite 300  181 W. Madison Street
Chicago, IL 60606  Suite 4600
(312) 251-1000  Chicago, IL 60602
 (312) 236-0733
Peter M. Brody
Megan F. Raymond  *Attorneys for*
Ropes & Gray LLP  *Memory Control Enterprise*
700 12th Street, NW
Washington, DC 20005
(202) 508-4612

*Attorney for LG Electronics U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR ENTRY OF AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

Joseph J. Zaknoen
Zaknoen & Zaknoen LLC
161 North Clark Street, Suite 4700
Chicago, IL  60601
(312) 523-2191
Fax:  (312) 523-2001

Gregory L. Weeks
Gregory K. Nelson
Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA  92075
(858) 794-2140
Fax:  (858) 794-2141
gweeks@wknjlaw.com
**Counsel for Oakley, Inc.**

Richard J. O'Brien
Nabeel U. Khan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
(312) 853-7000
Fax:  (312) 853-7036
robrien@sidley.com
nkhan@sidley.com
**Counsel for United States Cellular Corporation**

John S. Letchinger
Robert L. Wagner
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
(312) 201-2000
Fax:  (312) 201-2555
letchinger@wildmanharrold.com
wagner@wildman.com
**Counsel for Motorola, Inc.**

Steven P. Mandell
Stephen J. Rosenfeld
Kristin L. Lingren
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
(312) 251-1000

Peter M. Brody
Megan F. Raymond
Ropes & Gray LLP
700 12th Street, NW
Washington, DC 20005
(202) 508-4612
 **Counsel for LG Electronics U.S.A., Inc.**

Scott W. Burt
John R. Colgan
Jones Day
77 West Wacker
Chicago, IL 60601-1692
(312) 782-3939

Kevin G. McBride
Yasser M. El-Gamal
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 489-3939
 **Counsel for American Honda Motor Company, Inc.**

on December 7, 2007

       /s/ Richard B. Megley, Jr.