Order Form (01/2005)  Case: 1:07-cv-04903 Document #: 60 Filed: 12/14/07 Page 1 of 1 PageID #:258



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4903 | **DATE** | 12/14/2007 |
| **CASE TITLE** | MEMORY CONTROL ENTERPRISE, LLC. vs. AMERICAN HONDA MOTOR COMPANY | | |

**DOCKET ENTRY TEXT**

Motion for Entry of Agreed Order of Partial Dismissal With Prejudice is granted. Pursuant to Fed. R. Civ. P. 41(a), each claim of plaintiff against LG, and each counterclaim of LG against plaintiff, in this action is hereby dismissed with prejudice, with plaintiff and LG to bear their own coss and attorneys' fees.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

07C4903 MEMORY CONTROL ENTERPRISE, LLC. vs. AMERICAN HONDA MOTOR COMPANY    Page 1 of 1