Case: 1:07-cv-04903 Document #: 61 Filed: 12/14/07 Page 1 of 4 PageID #:259

Case 1:07-cv-04903 Document 58-2 Filed 12/07/2007 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN HONDA MOTOR COMPANY, ) <br> INC., LG ELECTRONICS, U.S.A., INC., ) <br> MOTOROLA, INC., OAKLEY, INC., and ) <br> UNITED STATES CELLULAR ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | Case No. 07 C 4903 <br><br> Honorable Charles R. Norgle <br> Magistrate-Judge Martin C. Ashman |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to the Stipulated Motion For Entry of Agreed Order of Partial Dismissal With Prejudice filed by the plaintiff, Memory Control Enterprise, and defendant, LG Electronics U.S.A., Inc. ("LG"), the Court hereby orders:

1. Pursuant to Fed.R.Civ.P. 41(a), each claim of plaintiff against LG, and each counterclaim of LG against plaintiff, in this action is hereby dismissed with prejudice, with plaintiff and LG to bear their own costs and attorneys' fees.

2. This Order is not intended as a waiver or release of any claims that plaintiff or LG has against any other party or non-party.

SO ORDERED:

_____
Honorable Charles R. Norgle

Dated: 12/14/2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMERICAN HONDA MOTOR COMPANY, )<br>INC., LG ELECTRONICS U.S.A., INC., )<br>MOTOROLA, INC., OAKLEY, INC., and )<br>UNITED STATES CELLULAR )<br>CORPORATION, )<br>)<br>Defendants. ) | Case No. 07 C 4903<br><br>Honorable Charles R. Norgle<br>Magistrate-Judge Martin C. Ashman<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **Friday, December 14, 2007** at **9:30 a.m.**, counsel for Plaintiff will appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the Courtroom usually occupied by him, Room 2341, at the United States District Courthouse, 219 South Dearborn Chicago, Illinois, and then and there present **MOTION FOR ENTRY OF AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**, a copy of which is hereby attached.

Respectfully submitted,

/s/ Richard B. Megley, Jr.
Raymond P. Niro
Richard B. Megley, Jr.
Paul C. Gibbons
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602-4515
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Memory Control
Enterprise, LLC

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed with the Clerk of Court using CM/ECF system, which will send notification by electronic mail to the following:

Joseph J. Zaknoen
Zaknoen & Zaknoen LLC
161 North Clark Street, Suite 4700
Chicago, IL 60601
(312) 523-2191
Fax: (312) 523-2001

Gregory L. Weeks
Gregory K. Nelson
Weeks, Kaufman, Nelson & Johnson
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
(858) 794-2140
Fax: (858) 794-2141
gweeks@wknjlaw.com
   **Counsel for Oakley, Inc.**

Richard J. O'Brien
Nabeel U. Khan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036
robrien@sidley.com
nkhan@sidley.com
   **Counsel for United States Cellular Corporation**

John S. Letchinger
Robert L. Wagner
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
Fax: (312) 201-2555
letchinger@wildmanharrold.com
wagner@wildman.com
   **Counsel for Motorola, Inc.**

Steven P. Mandell
Stephen J. Rosenfeld
Kristin L. Lingren
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
(312) 251-1000

Peter M. Brody
Megan F. Raymond
Ropes & Gray LLP
700 12th Street, NW
Washington, DC 20005
(202) 508-4612
 **Counsel for LG Electronics U.S.A., Inc.**

Scott W. Burt
John R. Colgan
Jones Day
77 West Wacker
Chicago, IL 60601-1692
(312) 782-3939

Kevin G. McBride
Yasser M. El-Gamal
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 489-3939
 **Counsel for American Honda Motor Company, Inc.**

on December 7, 2007.

          /s/ Richard B. Megley, Jr.