Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 4903 | DATE | 12/19/2007 |
| CASE TITLE | MEMORY CONTROL ENTERPRISE, LLC vs. AMERICAN HONDA COMPANY | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Partial Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|