IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION, <br><br> Defendants. | Case No. 07 C 4903 <br><br> Honorable Charles R. Norgle <br> Magistrate-Judge Martin C. Ashman |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Memory Control Enterprise, LLC and defendant United States Cellular Corporation (the "Parties") hereby stipulate and agree as follows:

1. All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

2. Each Party is to bear its own costs and attorneys' fees.

Dated: November 7, 2008

MEMORY CONTROL ENTERPRISE, LLC

By /s/ 
Raymond P. Niro
Richard B. Megley, Jr.
Niro, Scavone, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
*Counsel for Memory Control Enterprise, LLC*

MOTOROLA, INC.

By: /s/ Rachel Sher
Richard J. O'Brien
Nabeel U. Khan
Rachel Sher
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Fax: (312) 853-7036
*Counsel for United States Cellular Corporation*